United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 20-13276-pmm

Regina Radogna                                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3

Date Rcvd: Feb 04, 2021    Form ID: 155    Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Regina Radogna, 402 Wilson Ct, Apt 203, Northampton, PA 18067-8233 |
| 14526653 | | Alexis Zavitsanos, MD, 1503 N Cedar Crest Blvd, Allentown, PA18104-2310 |
| 14526378 | | American Expres, PO Box 981537, El Paso, TX 79998-1537 |
| 14535188 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14526379 | | Amex/Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14526382 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14531204 | | BANK OF AMERICA,N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14526383 | | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 14526381 | | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14529526 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14545185 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14566783 | + | Bank of America, N.A., c/o Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14559509 | + | Bethlehem Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14559511 | + | Bethlehem Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14526385 | | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14526654 | | Coordinated Health-Allentown, 1503 N Cedar Crest Blvd, Allentown, PA18104-2310 |
| 14526388 | + | David Inscho, Esquire, Kline & Spector, 1525 Locust St, Philadelphia, PA 19102-3700 |
| 14526390 | | ESSA Bank, 744 Main St, Stroudsburg, PA 18360-2268 |
| 14559505 | + | Easton Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14563860 | + | Easton City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14526391 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14526393 | | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 14526656 | | LVHN, 1243 S Cedar Crest Blvd, Allentown, PA18103-6268 |
| 14526395 | # | Leonard C Melso, 206 W Chestnut St, Macungie, PA 18062-1021 |
| 14550712 | + | Leonard Melso, David K. Inscho, Esquire, Kline & Specter, 1525 Locust Street, Philadelphia, PA 19102-3700 |
| 14526657 | | Matthew P Hall, Esq., 1605 Valley Center Pkwy Ste 100, Bethlehem, PA18017-2340 |
| 14526396 | | Nelnet, PO Box 537104, Atlanta, GA 30353-7104 |
| 14559504 | + | Northampton Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14559506 | + | Township of Palmer, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14526380 | | Email/Text: g20956@att.com | Feb 05 2021 02:38:00 | At&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 14537299 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 05 2021 02:54:59 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14526384 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 05 2021 03:00:33 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14526385 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 05 2021 02:55:23 | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14526386 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 02:38:00 | Comenity Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 14526387 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 05 2021 02:38:00 | Comenitybank/victoria secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14526655 | + | Email/Text: msanchez@coordinatedhealth.com | Feb 05 2021 02:38:00 | Coordinated Health, 2775 Schoenersville Rd, Bethlehem, PA 18017-7394 |
| 14526389 | | Email/Text: mrdiscen@discover.com | Feb 05 2021 02:37:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 14546839 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 02:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14532152 | | Email/Text: mrdiscen@discover.com | Feb 05 2021 02:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14526392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 05 2021 02:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14526394 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2021 02:37:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14532620 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2021 03:00:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14547816 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14526397 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2021 02:38:00 | Pa Dept Of Revenue, Dept 280946 Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 14549304 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 02:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14549306 | | Email/Text: bnc-quantum@quantum3group.com | Feb 05 2021 02:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14526398 | | Email/PDF: gecsedi@recoverycorp.com | Feb 05 2021 03:05:09 | Syncb/Sams Club, Box 965005, Orlando, FL 32896-5005 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID    Bypass Reason    Name and Address
14531228    *    BANK OF AMERICA,N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 04, 2021 | Form ID: 155 | Total Noticed: 46 |
| Date: Feb 06, 2021 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

**Name**      **Email Address**

DAVID K INSCHO
    on behalf of Creditor Leonard Melso david.inscho@klinespecter.com

LYNN E. FELDMAN
    on behalf of Debtor Regina Radogna feldmanfiling@rcn.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, wbecf@brockandscott.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Regina Radogna
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13276−pmm

---

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 4th day of February, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

28 − 24
Form 155