UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: REGINA RADOGNA          :
                               :  CHAPTER 13
                               :
              Debtor           :  Bky No.  20-13276-pmm

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,500.00**.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 1,290.00** which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date:** 3/22/21

_____
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**