UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  REGINA RADOGNA : Chapter 13

        Debtors : Bankruptcy No.  20-13276PMM

## O R D E R

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 3-1 of LVNV FUNDING, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 3-1 of LVNV FUNDING, LLC is disallowed.

BY THE COURT:

Dated: **April 8, 2021**

*Patricia M. Mayer*

**Patricia M. Mayer,**
**Bankruptcy Judge**