United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                   Case No. 20-13276-pmm

Regina Radogna                                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Regina Radogna, 402 Wilson Ct, Apt 203, Northampton, PA 18067-8233 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021                                        Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID K INSCHO | on behalf of Creditor Leonard Melso david.inscho@klinespecter.com |
| LYNN E. FELDMAN | on behalf of Debtor Regina Radogna feldmanfiling@rcn.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee Scott F Waterman ecfmail@readingch13.com |
| Scott F Waterman | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  REGINA RADOGNA    :   Chapter 13

        Debtors    :   Bankruptcy No.  20-13276PMM

**O R D E R**

AND NOW, upon consideration of the the Chapter 13 Trustee's Objection to Proof of Claim Number 3-1 of LVNV FUNDING, LLC and any response, it is hereby ordered that the Objection is sustained.

The Proof of Claim No. 3-1 of LVNV FUNDING, LLC is disallowed.

                                **BY THE COURT:**

Dated: **April 8, 2021**

                                **Patricia M. Mayer,
Bankruptcy Judge**