| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-13276-PMM**

Regina Radogna
402 Wilson Ct
Apt 203
Northampton  PA   18067-8233

Petition Filed Date: 08/07/2020
341 Hearing Date: 09/15/2020
Confirmation Date: 02/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/21/2020 | $350.00 | | 10/20/2020 | $350.00 | | 11/17/2020 | $350.00 | |
| 12/21/2020 | $350.00 | | 01/19/2021 | $350.00 | | 02/23/2021 | $350.00 | |
| 03/22/2021 | $350.00 | | 04/20/2021 | $350.00 | | 05/17/2021 | $350.00 | |

**Total Receipts for the Period: $3,150.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $2,908.50 | $301.50 |
| 1 | BANK OF AMERICA »» 001 | Secured Creditors | $668.69 | $0.00 | $668.69 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $23,997.42 | $0.00 | $23,997.42 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $2,027.96 | $0.00 | $2,027.96 |
| 5 | AMERICAN INFOSOURCE LP »» 005 | Unsecured Creditors | $7,097.30 | $0.00 | $7,097.30 |
| 6 | AMERICAN INFOSOURCE LP »» 006 | Unsecured Creditors | $6,053.58 | $0.00 | $6,053.58 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $16,730.62 | $0.00 | $16,730.62 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $12,767.69 | $0.00 | $12,767.69 |
| 9 | DEPARTMENT STORE NATIONAL BANK »» 009 | Unsecured Creditors | $3,827.76 | $0.00 | $3,827.76 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $7,438.42 | $0.00 | $7,438.42 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $1,362.63 | $0.00 | $1,362.63 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $517.07 | $0.00 | $517.07 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,038.77 | $0.00 | $2,038.77 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $5,817.31 | $0.00 | $5,817.31 |
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $3,979.27 | $0.00 | $3,979.27 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | LEONARD MELSO »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KEYSTONE COLLECTIONS GROUP »» 017 | Priority Crediors | $11.00 | $0.00 | $11.00 |
| 18 | KEYSTONE COLLECTIONS GROUP »» 018 | Unsecured Creditors | $954.63 | $0.00 | $954.63 |
| 19 | KEYSTONE COLLECTIONS GROUP »» 019 | Unsecured Creditors | $954.63 | $0.00 | $954.63 |
| 20 | KEYSTONE COLLECTIONS GROUP »» 020 | Priority Crediors | $337.22 | $0.00 | $337.22 |
| 21 | KEYSTONE COLLECTIONS GROUP »» 021 | Priority Crediors | $337.20 | $0.00 | $337.20 |
| 22 | KEYSTONE COLLECTIONS GROUP »» 22P | Priority Crediors | $84.74 | $0.00 | $84.74 |
| 23 | KEYSTONE COLLECTIONS GROUP »» 22U | Unsecured Creditors | $482.40 | $0.00 | $482.40 |
| 24 | KEYSTONE COLLECTIONS GROUP »» 23U | Unsecured Creditors | $1,389.43 | $0.00 | $1,389.43 |
| 25 | KEYSTONE COLLECTIONS GROUP »» 23P | Priority Crediors | $188.74 | $0.00 | $188.74 |
| 26 | KEYSTONE COLLECTIONS GROUP »» 024 | Priority Crediors | $102.50 | $0.00 | $102.50 |
| 27 | KEYSTONE COLLECTIONS GROUP »» 025 | Priority Crediors | $102.50 | $0.00 | $102.50 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 026 | Priority Crediors | $306.80 | $0.00 | $306.80 |
| 29 | KEYSTONE COLLECTIONS GROUP »» 027 | Priority Crediors | $873.20 | $0.00 | $873.20 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,150.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $2,908.50 | Arrearages: | $350.00 |
| Paid to Trustee: | $241.50 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.