| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-13276-PMM**

Regina Radogna
402 Wilson Ct
Apt 203
Northampton  PA    18067-8233

Petition Filed Date: 08/07/2020
341 Hearing Date: 09/15/2020
Confirmation Date: 02/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $350.00 | | 09/19/2022 | $350.00 | | 10/18/2022 | $350.00 | |
| 11/21/2022 | $350.00 | | 12/19/2022 | $350.00 | | 01/17/2023 | $350.00 | |
| 02/21/2023 | $350.00 | | 03/20/2023 | $350.00 | | 04/17/2023 | $350.00 | |
| 05/22/2023 | $350.00 | | 06/20/2023 | $350.00 | | 07/17/2023 | $350.00 | |

**Total Receipts for the Period: $4,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 1 | BANK OF AMERICA »» 001 | Secured Creditors | $668.69 | $668.69 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $23,997.42 | $1,235.37 | $22,762.05 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $2,027.96 | $104.38 | $1,923.58 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $7,097.30 | $365.36 | $6,731.94 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $6,053.58 | $311.65 | $5,741.93 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $16,730.62 | $861.30 | $15,869.32 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $12,767.69 | $657.27 | $12,110.42 |
| 9 | DEPARTMENT STORE NATIONAL BANK »» 009 | Unsecured Creditors | $3,827.76 | $197.04 | $3,630.72 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $7,438.42 | $382.91 | $7,055.51 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $1,362.63 | $56.78 | $1,305.85 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $517.07 | $16.45 | $500.62 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,038.77 | $104.97 | $1,933.80 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $5,817.31 | $299.47 | $5,517.84 |

**Chapter 13 Case No. 20-13276-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $3,979.27 | $204.84 | $3,774.43 |
| 16 | LEONARD MELSO<br>»» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KEYSTONE COLLECTIONS GROUP<br>»» 017 | Priority Crediors | $11.00 | $11.00 | $0.00 |
| 18 | KEYSTONE COLLECTIONS GROUP<br>»» 018 | Unsecured Creditors | $954.63 | $49.13 | $905.50 |
| 19 | KEYSTONE COLLECTIONS GROUP<br>»» 019 | Unsecured Creditors | $954.63 | $49.13 | $905.50 |
| 20 | KEYSTONE COLLECTIONS GROUP<br>»» 020 | Priority Crediors | $337.22 | $337.22 | $0.00 |
| 21 | KEYSTONE COLLECTIONS GROUP<br>»» 021 | Priority Crediors | $337.20 | $337.20 | $0.00 |
| 22 | KEYSTONE COLLECTIONS GROUP<br>»» 22P | Priority Crediors | $84.74 | $84.74 | $0.00 |
| 23 | KEYSTONE COLLECTIONS GROUP<br>»» 22U | Unsecured Creditors | $482.40 | $15.32 | $467.08 |
| 24 | KEYSTONE COLLECTIONS GROUP<br>»» 23U | Unsecured Creditors | $1,389.43 | $57.88 | $1,331.55 |
| 25 | KEYSTONE COLLECTIONS GROUP<br>»» 23P | Priority Crediors | $188.74 | $188.74 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP<br>»» 024 | Priority Crediors | $102.50 | $102.50 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP<br>»» 025 | Priority Crediors | $102.50 | $102.50 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP<br>»» 026 | Priority Crediors | $306.80 | $306.80 | $0.00 |
| 29 | KEYSTONE COLLECTIONS GROUP<br>»» 027 | Priority Crediors | $873.20 | $873.20 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,250.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $11,191.84 | Arrearages: | $350.00 |
| Paid to Trustee: | $1,011.50 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $46.66 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.