| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-13276-PMM

Regina Radogna  
402 Wilson Ct  
Apt 203  
Northampton  PA    18067-8233

Petition Filed Date: 08/07/2020  
341 Hearing Date: 09/15/2020  
Confirmation Date: 02/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $350.00 | | 09/19/2023 | $350.00 | | 10/18/2023 | $350.00 | |
| 11/21/2023 | $350.00 | | 12/18/2023 | $350.00 | | 01/23/2024 | $350.00 | |
| 02/20/2024 | $350.00 | | 03/18/2024 | $350.00 | | 04/22/2024 | $350.00 | |
| 05/20/2024 | $350.00 | | 06/17/2024 | $350.00 | | 07/22/2024 | $350.00 | |

**Total Receipts for the Period: $4,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $16,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 1 | BANK OF AMERICA<br>»» 001 | Secured Creditors | $668.69 | $668.69 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $23,997.42 | $2,168.06 | $21,829.36 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK<br>»» 004 | Unsecured Creditors | $2,027.96 | $170.11 | $1,857.85 |
| 5 | CAPITAL ONE BANK (USA) NA<br>»» 005 | Unsecured Creditors | $7,097.30 | $641.18 | $6,456.12 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $6,053.58 | $546.93 | $5,506.65 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $16,730.62 | $1,511.57 | $15,219.05 |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $12,767.69 | $1,153.47 | $11,614.22 |
| 9 | DEPARTMENT STORE NATIONAL BANK<br>»» 009 | Unsecured Creditors | $3,827.76 | $345.78 | $3,481.98 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $7,438.42 | $672.03 | $6,766.39 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,362.63 | $114.31 | $1,248.32 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $517.07 | $46.71 | $470.36 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $2,038.77 | $171.02 | $1,867.75 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $5,817.31 | $525.58 | $5,291.73 |

**Chapter 13 Case No. 20-13276-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $3,979.27 | $359.48 | $3,619.79 |
| 16 | LEONARD MELSO »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KEYSTONE COLLECTIONS GROUP »» 017 | Priority Crediors | $11.00 | $11.00 | $0.00 |
| 18 | KEYSTONE COLLECTIONS GROUP »» 018 | Unsecured Creditors | $954.63 | $80.08 | $874.55 |
| 19 | KEYSTONE COLLECTIONS GROUP »» 019 | Unsecured Creditors | $954.63 | $80.08 | $874.55 |
| 20 | KEYSTONE COLLECTIONS GROUP »» 020 | Priority Crediors | $337.22 | $337.22 | $0.00 |
| 21 | KEYSTONE COLLECTIONS GROUP »» 021 | Priority Crediors | $337.20 | $337.20 | $0.00 |
| 22 | KEYSTONE COLLECTIONS GROUP »» 22P | Priority Crediors | $84.74 | $84.74 | $0.00 |
| 23 | KEYSTONE COLLECTIONS GROUP »» 22U | Unsecured Creditors | $482.40 | $31.08 | $451.32 |
| 24 | KEYSTONE COLLECTIONS GROUP »» 23U | Unsecured Creditors | $1,389.43 | $116.50 | $1,272.93 |
| 25 | KEYSTONE COLLECTIONS GROUP »» 23P | Priority Crediors | $188.74 | $188.74 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP »» 024 | Priority Crediors | $102.50 | $102.50 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP »» 025 | Priority Crediors | $102.50 | $102.50 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 026 | Priority Crediors | $306.80 | $306.80 | $0.00 |
| 29 | KEYSTONE COLLECTIONS GROUP »» 027 | Priority Crediors | $873.20 | $873.20 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,800.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $14,956.56 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,459.50 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $383.94 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.