**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | REGINA RADOGNA | : |
| | | :    Bankruptcy No. 20-13276 |
| | | : |
| | Debtor | :    Chapter 13 |
| | | : |

**DEBTORS CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522 (q)**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

***Part I. Certification Regarding Domestic Support Obligations (Check no more than one)***

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X__ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

***Part II. If you checked the second box, you must provide the information below.***

*My current address is:*___

_____

*My current employer and my employer's*
***Part III. Certification to 11 U.S.C. Section 1328(h), I certify that:***

    XX    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

    ___    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $136,875 in value in the aggregate.

***Part IV  Debtor's Signature***

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:__August 22, 2025_____        BY:   */s/ Regina Radogna*
                                                                  *Debtor*