United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13276-pmm |
| Regina Radogna | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 22, 2025 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Regina Radogna, 402 Wilson Ct, Apt 203, Northampton, PA 18067-8233 |
| 14526653 | | Alexis Zavitsanos, MD, 1503 N Cedar Crest Blvd, Allentown, PA18104-2310 |
| 14526380 | | At&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 14531204 | | BANK OF AMERICA,N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14566783 | + | Bank of America, N.A., c/o Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14526654 | | Coordinated Health-Allentown, 1503 N Cedar Crest Blvd, Allentown, PA18104-2310 |
| 14526388 | + | David Inscho, Esquire, Kline & Spector, 1525 Locust St, Philadelphia, PA 19102-3700 |
| 14526390 | | ESSA Bank, 744 Main St, Stroudsburg, PA 18360-2268 |
| 14526391 | | Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14526656 | | LVHN, 1243 S Cedar Crest Blvd, Allentown, PA18103-6268 |
| 14526395 | | Leonard C Melso, 206 W Chestnut St, Macungie, PA 18062-1021 |
| 14550712 | + | Leonard Melso, David K. Inscho, Esquire, Kline & Spector, 1525 Locust Street, Philadelphia, PA 19102-3700 |
| 14526657 | | Matthew P Hall, Esq., 1605 Valley Center Pkwy Ste 100, Bethlehem, PA18017-2340 |
| 14526396 | | Nelnet, PO Box 537104, Atlanta, GA 30353-7104 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 23 2025 00:32:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 23 2025 00:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14526378 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2025 00:36:50 | American Expres, PO Box 981537, El Paso, TX 79998-1537 |
| 14535188 | | Email/PDF: bncnotices@becket-lee.com | Aug 23 2025 00:36:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14526379 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2025 06:59:55 | Amex/Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14526382 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2025 00:32:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14526383 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2025 00:32:00 | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 14526381 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2025 00:32:00 | Bank of America, PO Box 15220, Wilmington, DE 19886-5220 |
| 14545185 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 23 2025 00:32:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14529526 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 23 2025 00:32:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |

Case 20-13276-pmm    Doc 49    Filed 08/24/25    Entered 08/25/25 00:37:13    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 22, 2025 | Form ID: 138OBJ | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14559509 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Bethlehem Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14559511 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Bethlehem Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14537299 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2025 00:36:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14526384 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2025 01:13:49 | Capital One Bank USA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14526385 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2025 06:59:55 | Citicards CBNA, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14526386 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2025 00:32:00 | Comenity Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 14526387 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 23 2025 00:32:00 | Comenitybank/victoria secret, PO Box 182789, Columbus, OH 43218-2789 |
| 14526655 | + | Email/Text: msanchez@coordinatedhealth.com | Aug 23 2025 00:32:00 | Coordinated Health, 2775 Schoenersville Rd, Bethlehem, PA 18017-7394 |
| 14526389 | | Email/Text: mrdiscen@discover.com | Aug 23 2025 00:32:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 14546839 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2025 00:32:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14532152 | | Email/Text: mrdiscen@discover.com | Aug 23 2025 00:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14559505 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Easton Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14563860 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Easton City, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14526392 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2025 00:32:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14526393 | | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 14526394 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2025 00:35:56 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14532620 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2025 00:36:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14559504 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Northampton Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14547816 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 23 2025 01:01:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14526397 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2025 00:32:00 | Pa Dept Of Revenue, Dept 280946 Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 14549304 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2025 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14549306 | | Email/Text: bnc-quantum@quantum3group.com | Aug 23 2025 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14526398 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2025 00:35:56 | Syncb/Sams Club, Box 965005, Orlando, FL 32896-5005 |
| 14559506 | + | Email/Text: Bankruptcy@keystonecollects.com | Aug 23 2025 00:32:00 | Township of Palmer, c/o Keystone Collections |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 22, 2025 | Form ID: 138OBJ | Total Noticed: 48 |

Group, 546 Wendel Road, Irwin, PA 15642-7539

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14531228 | * | BANK OF AMERICA,N.A., c/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID K INSCHO | on behalf of Creditor Leonard Melso david.inscho@klinespecter.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| LYNN E. FELDMAN | on behalf of Debtor Regina Radogna feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com |
| MARIO J. HANYON | on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)–doc 48 – 46

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>    Regina Radogna )<br>    aka Gina Radogna )<br> )<br>    Debtor(s). )<br> )<br> ) | Case No. 20−13276−pmm<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 22, 2025

For The Court

Timothy B. McGrath
Clerk of Court