United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-13276-pmm

Regina Radogna     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 22, 2025 | Form ID: 234 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2025:**

**Recip ID**     **Recipient Name and Address**
db     # Regina Radogna, 402 Wilson Ct, Apt 203, Northampton, PA 18067-8233

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2025 at the address(es) listed below:**

**Name**     **Email Address**

DAVID K INSCHO
    on behalf of Creditor Leonard Melso david.inscho@klinespecter.com

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

LYNN E. FELDMAN
    on behalf of Debtor Regina Radogna feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com

MARIO J. HANYON
    on behalf of Creditor BANK OF AMERICA N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 22, 2025 | Form ID: 234 | Total Noticed: 1

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Regina Radogna

        Debtor(s)

Case No:20−13276−pmm

Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                For The Court

                Timothy B. McGrath
                Clerk of Court

Date: 8/22/25