| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 20-13276-PMM

Regina Radogna
402 Wilson Ct
Apt 203
Northampton  PA    18067-8233

Petition Filed Date: 08/07/2020
341 Hearing Date: 09/15/2020
Confirmation Date: 02/04/2021

Case Status: Completed on 8/18/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $350.00 | | 09/16/2024 | $350.00 | | 10/22/2024 | $350.00 | |
| 11/19/2024 | $350.00 | | 12/16/2024 | $350.00 | | 01/21/2025 | $350.00 | |
| 02/18/2025 | $350.00 | | 03/17/2025 | $350.00 | | 04/23/2025 | $350.00 | |
| 05/19/2025 | $350.00 | | 06/16/2025 | $350.00 | | 07/21/2025 | $350.00 | |

**Total Receipts for the Period: $4,200.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $21,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 1 | BANK OF AMERICA »» 001 | Secured Creditors | $668.69 | $668.69 | $0.00 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $23,997.42 | $3,201.18 | $20,796.24 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN EXPRESS NATIONAL BANK »» 004 | Unsecured Creditors | $2,027.96 | $270.54 | $1,757.42 |
| 5 | CAPITAL ONE BANK (USA) NA »» 005 | Unsecured Creditors | $7,097.30 | $946.72 | $6,150.58 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $6,053.58 | $807.56 | $5,246.02 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $16,730.62 | $2,231.85 | $14,498.77 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $12,767.69 | $1,703.13 | $11,064.56 |
| 9 | DEPARTMENT STORE NATIONAL BANK »» 009 | Unsecured Creditors | $3,827.76 | $510.56 | $3,317.20 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $7,438.42 | $992.27 | $6,446.15 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $1,362.63 | $181.78 | $1,180.85 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $517.07 | $68.97 | $448.10 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $2,038.77 | $271.96 | $1,766.81 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $5,817.31 | $776.02 | $5,041.29 |

Chapter 13 Case No. 20-13276-PMM

| # | Creditor | Class | Claim | Paid | Balance |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $3,979.27 | $530.80 | $3,448.47 |
| 16 | LEONARD MELSO »» 016 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | KEYSTONE COLLECTIONS GROUP »» 017 | Priority Crediors | $11.00 | $11.00 | $0.00 |
| 18 | KEYSTONE COLLECTIONS GROUP »» 018 | Unsecured Creditors | $954.63 | $127.35 | $827.28 |
| 19 | KEYSTONE COLLECTIONS GROUP »» 019 | Unsecured Creditors | $954.63 | $127.35 | $827.28 |
| 20 | KEYSTONE COLLECTIONS GROUP »» 020 | Priority Crediors | $337.22 | $337.22 | $0.00 |
| 21 | KEYSTONE COLLECTIONS GROUP »» 021 | Priority Crediors | $337.20 | $337.20 | $0.00 |
| 22 | KEYSTONE COLLECTIONS GROUP »» 22P | Priority Crediors | $84.74 | $84.74 | $0.00 |
| 23 | KEYSTONE COLLECTIONS GROUP »» 22U | Unsecured Creditors | $482.40 | $64.34 | $418.06 |
| 24 | KEYSTONE COLLECTIONS GROUP »» 23U | Unsecured Creditors | $1,389.43 | $185.28 | $1,204.15 |
| 25 | KEYSTONE COLLECTIONS GROUP »» 23P | Priority Crediors | $188.74 | $188.74 | $0.00 |
| 26 | KEYSTONE COLLECTIONS GROUP »» 024 | Priority Crediors | $102.50 | $102.50 | $0.00 |
| 27 | KEYSTONE COLLECTIONS GROUP »» 025 | Priority Crediors | $102.50 | $102.50 | $0.00 |
| 28 | KEYSTONE COLLECTIONS GROUP »» 026 | Priority Crediors | $306.80 | $306.80 | $0.00 |
| 29 | KEYSTONE COLLECTIONS GROUP »» 027 | Priority Crediors | $873.20 | $873.20 | $0.00 |
| 30 | ESSA BANK & TRUST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | UNITED STATES TREASURY (IRS) | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 32 | AMEX | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | AT&T | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | FEDERAL LOAN SERVICING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | KOHLS/CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | LEONARD C MELSO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,000.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $19,220.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,779.75 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.